479 A.2d 1137

In the Matter of D.A.H.

Submitted May 4, 1984. Steven Kachmar, for appellant; John J. Earley, for appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Order affirmed.

DEL SOLE, J., concurred in the result.